UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAMELART LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>STONEX GROUP INC. f/k/a<br>INTL FCSTONE FINANCIAL, INC.<br><br>    Defendant. | Case No.: 20-cv-7707<br><br>Hon. Thomas M. Durkin |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

    Defendant StoneX Group Inc. ("StoneX"), through its undersigned counsel, respectfully moves this Court for an extension of time, up to and including February 10, 2021, to answer the Complaint. In support of its motion, StoneX states as follows:

    1.    StoneX was served with the summons and Complaint on December 30, 2020. StoneX's answer to the Complaint is currently due on January 20, 2021.

    2.    By this Motion, StoneX respectfully requests a 21-day extension of time, up to and including February 10, 2021, to answer the Complaint.

    3.    StoneX requests additional time to answer the Complaint because it was served just before the New Year, and StoneX's counsel needs additional time to evaluate and investigate Plaintiff's claims and prepare an answer.

    4.    StoneX has not requested any previous extension of time to file its answer.

    5.    Counsel for StoneX has consulted with counsel for Plaintiff, who has agreed to the requested extension of time.

WHEREFORE, for the foregoing reasons, StoneX respectfully requests that this Court enter an order granting it an extension of time up to and including February 10, 2021 to answer the Complaint.

Dated: January 15, 2021

Respectfully submitted,

By: /s/ Hannah O. Koesterer
Christian T. Kemnitz
Brian J. Poronsky
Hannah O. Koesterer
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200

*Counsel for StoneX Group Inc.*